Case 4:08-cr-00388-SBA   Document 1    Filed 06/10/2008   Page 1 of 1
Case 3:05-cr-00171-BES   Document 94   Filed 06/06/2008   Page 1 of 2
Case 3:05-cr-00171-BES   Document 93   Filed 06/05/2008   Page 1 of 1

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 3:05-cr-171-BES-VPC |
| | | DOCKET NUMBER *(Rec. Court)* CR08-388 SBA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Sophia Flowers<br>Oakland, California | NEVADA | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Brian E. Sandoval | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/8/08 — TO 5/7/11 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 5, 2008
Date

*/s/ Brian E. Sandoval*
Brian E. Sandoval
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 9, 2008
Effective Date

United States District Judge